# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) AMELIA MOLITOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-16-834-R |
| | ) |
| (1) PICKLEMAN'S FRANCHISING, LLC | ) |
|     a Missouri Limited Liability Company | ) |
|     d/b/a Pickleman's Gourmet Café, | ) |
| (2) BW INVESTMENT GROUP, LLC | ) |
|     an Oklahoma Limited Liability Company | ) |
|     d/b/a Pickleman's Gourmet Café, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF RELATED CASES

Pursuant to LCvR3.7(a), Plaintiff, Amelia Molitor, hereby provides to the Court notice of the following related case:

1)   *Amelia Molitor v. Joe Mixon*, United States District Court for the Western District of Oklahoma, Case No. CIV-16-1202-HE.

Respectfully submitted,

/s/ David R. "Rusty" Smith
David R. "Rusty" Smith, OBA No. 19575
P.O. Box 1067 / 417 W. Broadway
Muskogee, OK 74402-1067
Telephone: (918) 687-4400
Facsimile: (918) 687-4430
E-Mail: rsmith@muskogeelawyers.com
Co-Counsel for Plaintiff, Amelia Molitor

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of October, 2016, I electronically transmitted the foregoing documents to the Clerk of Court using the ECF System for filing. Based on the electronic records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Ben D. Baker            bendbaker@gmail.com
Co-Counsel for Plaintiff, Amelia Molitor

R. Ryan Deligans         dlb@dlb.net
Attorney for Defendant, BW Investment Group, LLC

Thomas G. Ferguson, Jr.    tferg@wffatty.com
Attorney for Defendant, Pickleman's Franchising, LLC


                                          /s/ David R. "Rusty" Smith